**Dismissed and Memorandum Opinion filed February 21, 2019.**



In The

# Fourteenth Court of Appeals

### NO. 14-18-00727-CV

### SONIA BARBOZA, Appellant

### V.

### MORRELL MASONRY SUPPLY, INC., Appellee

**On Appeal from the 129th District Court
Harris County, Texas
Trial Court Cause No. 2017-20565**

### MEMORANDUM OPINION

This is an appeal from a judgment signed May 9, 2018. The clerk's record was filed November 6, 2018. The reporter's record was filed September 18, 2018. No brief was filed.

On January 10, 2019, this court issued an order stating that unless appellant filed a brief on or before January 25, 2019, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Bourliot.